

August 28, 2024

**Via CM/ECF:**

United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application **GRANTED**.  The Clerk of Court is respectfully directed to close this case.

Dated: August 29, 2024
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Attention:**   Honorable Lorna G. Schofield, U.S.D.J.

Re:   **Allen Chapel African United Methodist Episcopal Church v. Mt. Hawley Insurance Company**
      **Case No.:    1:24-cv-06001-LGS**

Your Honor:

My office represents Plaintiff, Allen Chapel African United Methodist Episcopal Church in the above-entitled action.  Please allow this correspondence to serve as a formal request to close this file (Case No. 1:24-cv-06001-LGS).

On August 7, 2024, my office filed a Complaint on Plaintiff's behalf.  We were subsequently notified by the Court that our filing was deficient.  My office then cured said deficiency.  Thereafter a Summons was issued for service upon Defendant.

However, it seems that there are duplicate files for this action.  After speaking with Court personnel, we were instructed to request that the above-referenced file be closed and that Civil Case No. 1:24-cv-06000-ER remain active.

We apologize for the confusion and any inconvenience it may have cause.

Thank you for your attention to this matter.

Respectfully Submitted,

LERNER, ARNOLD & WINSTON LLP

By: _____
     Sean F. McAloon

SFM/jo